IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETEX TEXTILES INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE WORLD'S GLOBAL SOURCE, LLC and MICHAEL BERNSTEIN, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:13-cv-1211-JEC |

### **ORDER & OPINION**

This matter is before the Court on defendants' motion to dismiss [9].  The Court has reviewed the pleadings and **DENIES** defendants' motion to dismiss [9].

The parties shall submit a Joint Preliminary Report and Discovery Plan by **April 25, 2014**.

SO ORDERED, this 24th day of March, 2014.


/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)